CITY OF GAINESVILLE, *Plaintiff in Error,* v. J. J. HAYMANS, T. F. THOMAS, J. W. MCDOWELL, J. C. BISHOP, W. M. PEPPER, JAMES DOIG, MAGGIE CARTER, J. A. ROBERTSON, C. S. ROBERTSON, EMMA ROBERTSON, EVA ROBERTSON, MARGARET E. ROBERTSON, GERTRUDE MCINTOSH, AND FULLWOOD MCINTOSH, *Defendants in Error.*

Decision Filed March 25, 1921.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Alachua; J. T. Wills, Judge.

*Robert E. Davis,* for Plaintiff in Error;

*W. S. Broome,* for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of

its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.